UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN BURRUSS HERRING (#19660), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-3175-B-BN |
| SHERIFF JEFF LAMBERT, ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **TRANSFERS** this action to the Forth Worth Division of this district.

**SO ORDERED.**

**DATE: DECEMBER 20, 2018.**


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE